# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143606 & (152)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROBERT LEE CHILDRESS, JR.,
     Defendant-Appellant.

SC: 143606
COA: 288657
Oakland CC: 2008-219884-FH

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the June 28, 2011 judgment of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the waiver of counsel issue presented in the defendant's application for leave to appeal within 28 days after the date of this order. The prosecuting attorney is further directed to determine whether there were other court proceedings involving this case from September 15, 2008 until September 22, 2008 that have not previously been transcribed wherein the waiver of counsel was discussed with the defendant.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

*Corbin R. Davis*
Clerk

y1219